UNITED STATES of America,
Plaintiff–Appellee,

v.

Natividad MARTINEZ–AGUILAR,
Defendant–Appellant.

No. 99–50253.
D.C. No. CR–98–01943–IEG.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 8, 2000 and Resubmitted Jan. 30, 2001.[1]

Decided Feb. 20, 2001.

Before BOOCHEVER, TROTT, and BERZON, Circuit Judges.

ORDER[2]

Appellee's motion based on *United States v. Gracidas–Ulibarry*, 231 F.3d

1188 (9th Cir.2000) for summary reversal is hereby GRANTED.

The Court hereby summarily reverses Martinez–Aguilar's conviction for violating 8 U.S.C. § 1326.

The mandate shall issue forthwith.

---

1. The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.